# EXHIBIT A

*Detective Lopez Complaint Follow-Up Reports Regarding the May 2015 Investigation Of Plaintiffs' Apartment*

Fax:                                                                    Oct 31 2011 04:19pm P002

**D000058**

| COMPLAINT FOLLOW-UP INFORMATIONAL PD313-081B (Rev. 2-86)-31 | | Crime INVESTIGATE NARCOTICS | Pct 048 | |
|---|---|---|---|---|
| Complaint No. 2015-638-008593S | Date of this Report 06/21/2016 12:45 | Date of Orig. Report 5/20/2015 | Date Assigned 5/21/2015 | Follow-up No. 1 |
| Unit Reporting NARCOTICS | | | Case No. 2015-730-001249S | |

DO NOT USE THIS FORM TO REPORT: CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

Subject: OPEN / SAFETNET REGISTRATION / 48 FIO CONFERAL

## LOCATION 2416 WEBSTER AVENUE APT# 1S

1. This complaint was generated by the Intel information of ▮▮▮▮▮▮▮ CI states the above location male black and Hispanic selling "HARD" (street name for CRACK COCAINE) from the subject Apartment 1S. The above location was safetnet with the following UDEC#20150038692 with no conflicts. On the same day I have contacted PO SISCO the assistant for Sgt Baez 48 FIO. The above subject location was with negative results.

2. I have requested Utility Check, Accurint, RTCC on the above subject location.

3. Submitted for your information.

**OPEN CASE**

| Reporting Investigating Officer's Rank, Sign., Com'd. | Name Printed Police Officer LOPEZ, DORIS | Tax Registry No. | Supervisor Signature Sergeant | C.O.'s Initials |
|---|---|---|---|---|
| SHORT PINK | | | WINROW, BRIAN | |

https://nitro.nypd.finest/nitrowebapps/NYPD/ApplyTransform.aspx?SELECTED_MODE...   11/30/2017

Fax:                                    Oct 31 2011 04:19pm P003/019

D000059

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-86)-31 | | Crime INVESTIGATE NARCOTICS | Pct 048 | |
|---|---|---|---|---|
| Complaint No. 2015-538-0065935 | Date of this Report 05/21/2015 12:48 | Date of Orig. Report 5/20/2015 | Date Assigned 5/21/2015 | Follow-up No. 2 |
| Unit Reporting NARCOTICS | | Case No. 2015-730-001249S | | |

DO NOT USE THIS FORM TO REPORT: CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

Subject: CONTROL BUY # 1276 - POSITIVE RESULTS

## LOCATION 2416 WEBSTER AVENUE APT# 1S

1. On ▮▮ May ▮, 2015, At approximately ▮▮ hours I under the supervision of Lt Provencher did conduct a control buy attempt utilizing ▮▮ with positive results details are as following:

2. At approximately ▮▮ hours I did conduct A control buy utilizing ▮▮ at the above location. A search of the CI for contraband was conducted which yielded negative results. The CI was then given $20.00 dollars USC. The CI was then instructed to go directly 2416 Webster Avenue Apt# 1S. The CI left the auto at ▮▮ hours and proceeded directly to the subject location. The CI returned to the auto at ▮▮ hours with one bag of crack cocaine

3. The CI states he/she proceeded to the subject location where he/she knocked the door a male black, 5'4-5'5", 140lbs known to CI as JD "SHORTY" open the door. The CI states he / she asked "JD "SHORTY" for "HARD" (street name for crack cocaine) CI handed "JD HARD" $20.00. CI did enter the apartment 1S, while waiting behind the entrance door JD "SHORTY" went inside a room to the right. After a few minutes JD "SHORTY" handed one ziplock bag of crack cocaine to the CI. CI then left the location and returned to the predetermined location.

4. Positive control buy #1276 Narcotics vouchered at the 48 PCT for investigatory with the following information:

*VOUCHER # 2000430274 NARCO #5951737 PSE#1202227785 ITEM 1 OF 1 ZIPLOCK BAG OF CRACK COCAINE ONE WAS (FTP)*

5. Submitted for your information

6. CASE ACTIVE

| Reporting Investigating Officer's Rank, Sign., Com'd. | Name Printed Police Officer LOPEZ, DORIS | Tax Registry No. | Supervisor Signature Sarpoanu | C.O.'s Initials |
|---|---|---|---|---|
| SHORT PINK | | | WINROW, BRIAN | |

https://nitro.nypd.finest/nitrowebapps/NYPD/ApplyTransform.aspx?SELECTED_MODE...   11/30/2017

D000060

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-88)-31 | | Crime INVESTIGATE NARCOTICS | Pct 048 | |
|---|---|---|---|---|
| Complaint No. 2015-538-006593S | Date of this Report 05/21/2015 23:25 | Date of Orig. Report 5/20/2015 | Date Assigned 5/21/2015 | Follow-up No. 3 |
| Unit Reporting NARCOTICS | | | Case No. 2015-730-001249S | |

DO NOT USE THIS FORM TO REPORT: CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

Subject: CI PAYMENT CB#1275, 1276 AND SW# 164

**LOCATION 2416 WEBSTER AVENUE APT# 1S**

1. On ▇ May ▇, 2015 At approximately ▇ hours ▇▇▇▇ was paid $260.00 US Currency by Lt Provencher for two (2) positives buys CB#1275, 1276 and Search Warrant Affidavit #164 obtained on 05/13/2015. The payment was made at the corner of East 182 Street and Hughes Avenue, witness by Det Oconnell and Myself.

2. Control buy positives #1275, #1276 ( USC $80 per buy)

3. Payment for Obtaining a SW# 164 ( USC $100.00)

4. CASE ACTIVE

| Reporting Investigating Officer's Rank, Sign., Com'd. | Name Printed Police Officer LOPEZ, DORIS | Tax Registry No. | Supervisor Signature Sergeant | C.O.'s Initials |
|---|---|---|---|---|
| SHORT PINK | | | WINROW, BRIAN | |

https://nitro.nypd.finest/nitrowebapps/NYPD/ApplyTransform.aspx?SELECTED_MODE...   11/30/2017

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-86)-31 | | Crime INVESTIGATE NARCOTICS | | Pct 046 | |
|---|---|---|---|---|---|
| Complaint No. 2015-538-006983S | Date of this Report 05/28/2015 16:22 | Date of Orig. Report 5/20/2015 | Date Assigned 5/21/2015 | | Follow-up No. 4 |
| Unit Reporting NARCOTICS | | | Case No. 2015-730-001249S | | |

DO NOT USE THIS FORM TO REPORT: CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY. SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

Subject: ACCURINT REVIEW / RTCC / UTILITY CHECK

LOCATION 2410 WEBSTER AVENUE APT # 1S

1. On May 21, 2015 I received the above Accurint, RTCC and Utility check information for the above subject location details are as follow:

Accurint shows:

LUZ ARBELAEZ       DOB 02/26/1963 SSN 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

DEBORAH ARBELAEZ  DOB 12/12/1985 SSN 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

SEBASTIAN ARBELAEZ DOB 04/24/1988 SSN 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

PABLO ARBELAEZ     DOB 05/31/1994

MANUEL ARBELAEZ    DOB 02/24/1991

RTCC shows: for the location shows:

57 arrest; 59 #61 to the subject location; parole 1; DIR total of 88. I requested the above subjects TRiple I, for further investigation.

Utility shows :

LUZ ARBALEZ SINCE 2/1995 SERVICE PHONE NUMBER # 846-330-0810

2. Submitted for your information.

CASE/OPEN

| Reporting Investigating Officer's Rank, Sign., Com'd. | Name Printed Police Officer LOPEZ, DORIS | Tax Registry No. | Supervisor Signature Sergeant | C.O.'s Initials |
|---|---|---|---|---|
| SHORT PINK | | | WINROW, BRIAN | |

https://nitro.nypd.finest/nitrowebapps/NYPD/ApplyTransform.aspx?SELECTED_MODE...  11/30/2017

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-86)-31 | | Crime INVESTIGATE NARCOTICS | | Pct 048 | |
|---|---|---|---|---|---|
| Complaint No. 2015-638-006595S | Date of this Report 05/28/2015 07:20 | Date of Orig. Report 5/20/2015 | Date Assigned 5/21/2015 | Follow-up No. 5 | |
| Unit Reporting NARCOTICS | | | Case No. 2015-730-001249S | | |

DO NOT USE THIS FORM TO REPORT: CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

Subject: E-JUSTICE ON SUBJECTS

LOCATION 2416 WEBSTER AVENUE APT# 1S

1. I received my E-Justice requested for the subject inside apartment 1S.

*LUZ ARBELAEZ* DOB 02/26/1963 SSN 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 NO ARREST, DIR RESPORTED BECAUSE OF HER SON'S.

*DEBORAH ARBELAEZ* DOB 12/12/1985 SSN 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 ONE (1) ARREST FOR 120.00

*SEBASTIAN ARBELAEZ* DOB 04/24/1988 SSN 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 FIVE (5) ARREST FOR SALE AND POSSESSION OF NARCOTICS, ALSO TWO (2) ARREST FOR ASSAULT TO CAUSE INJURY

*PABLO ARBELAEZ* DOB 05/31/1994 ONE (1) TAB SUMMONS MADE ON 2011

*MANUEL ARBELAEZ* DOB 09/24/1991 NO ARREST, VICTIM OF A SHOOTING.\

2. Submitted for your information.

3. OPEN/CASE

| Reporting Investigating Officer's Rank, Sign., Com'd. | Name Printed Police Officer LOPEZ, DORIS | Tax Registry No. ███ | Supervisor Signature Sergeant WINROW, BRIAN | C.O.'s Initials |
|---|---|---|---|---|
| SHORT PINK | | | | |

https://nitro.nypd.finest/nitrowebapps/NYPD/ApplyTransform.aspx?SELECTED_MODE    11/30/2017

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-96)-91 | | Crime INVESTIGATE NARCOTICS | | Pct 048 | |
|---|---|---|---|---|---|
| Complaint No. 2015-538-008593S | Date of this Report 05/28/2015 07.20 | Date of Orig. Report 5/20/2015 | Date Assigned 5/21/2015 | Follow-up No. 6 | |
| Unit Reporting NARCOTICS | | | Case No. 2015-730-001249S | | |

DO NOT USE THIS FORM TO REPORT: CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

Subject: CONTROL BUY# 1334 - POSITIVE RESULTS

## LOCATION 2416 WEBSTER AVENUE APT# 1S

1. On ▓▓ May ▓▓, 2015, At approximately ▓▓ hours I under the supervision of Lt Provencher did conduct a control buy attempt utilizing CI# ▓▓ Intel # ▓▓ with positive results details are as following:

2. At approximately ▓▓ hours I did conduct A control buy utilizing CI# ▓▓ at the above location. A search of the CI for contraband was conducted which yielded negative results. The CI was then given $20.00 dollars USC. The CI was then instructed to go directly 2416 Webster Avenue Apt# 1S. The CI left the auto at ▓▓ hours and proceeded directly to the subject location. The CI returned to the auto at ▓▓ hours with one bag of crack cocaine

3. The CI states he/she proceeded to the subject location where he/she knocked the door a male black, 5'10", 140lbs known to CI as JD "AFRO" open the door. The CI states he / she asked "JD "AFRO" for "HARD"(street name for crack cocaine) CI handed "JD HARD" $20.00. CI did wait outside at the entrance door for JD "AFRO" who went inside the Apartment. After a few minutes JD " AFRO" handed two ziplock bags of crack cocaine to the CI. CI then left the location and returned to the predetermined location.

4. Positive control buy #1334 Narcotics vouchered at the 48 PCT for investigatory with the following information:

*VOUCHER # 2000432395 NARCO #5971119 PSE#1202230123 ITEM 1 OF 2 ZIPLOCK BAG OF CRACK COCAINE ONE WAS (FTP)*

5. Submitted for your information

6. CASE ACTIVE

| Reporting Investigating Officer's Rank, Sign., Com'd. | Name Printed Police Officer LOPEZ, DORIS | Tax Registry No. | Supervisor Signature Sergeant | C.O.'s Initials |
|---|---|---|---|---|
| SHORT PINK | | | WINROW, BRIAN | |

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-86) 31 | | Crime INVESTIGATE NARCOTICS | | Pct 048 | |
|---|---|---|---|---|---|
| Complaint No. 2015-538-0055939 | Date of this Report 05/28/2015 07:21 | Date of Orig. Report 5/20/2015 | Date Assigned 5/21/2015 | Follow-up No. 7 | |
| Unit Reporting NARCOTICS | | | Case No. 2015-730-001249S | | |

DO NOT USE THIS FORM TO REPORT: CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

Subject: CI PAYMENT CB#1334

## LOCATION 2416 WEBSTER AVENUE APT# 1S

1. On [redacted] May [redacted] 2015 At approximately [redacted] hours CI # [redacted] Intel # [redacted] was paid $180.00 US Currency by Lt Provencher for two (2) positives buys CB#1332 and U/C intro, and the second CB#1334. The payment was made at c/o 181 street and 3rd Avenue, witness by Det Boylan and Myself.

2. Control buy positives #1332, #1334

3. Submitted for your information.

4. CASE ACTIVE

| Reporting Investigating Officer's Rank, Sign., Com'd. | Name Printed Police Officer LOPEZ, DORIS | Tax Registry No. | Supervisor Signature Sergeant | C.O.'s Initials |
|---|---|---|---|---|
| SHORT PINK | | | WINROW, BRIAN | |

Fax:                    Oct 31 2011 04:20pm P009/019
D000063

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-85)-31 | | Crime INVESTIGATE NARCOTICS | | Pct 048 | |
|---|---|---|---|---|---|
| Complaint No. 2015-535-0065935 | Date of this Report 06/02/2015 17:24 | Date of Orig. Report 5/20/2015 | Date Assigned 5/21/2015 | Follow-up No. 2 | |
| Unit Reporting NARCOTICS | | | Case No. 2015-730-001249S | | |

DO NOT USE THIS FORM TO REPORT: CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY. SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

Subject SW# 181 OBTAINED - ▮

## LOCATION 2416 WEBSTER AVENUE APT# 1S

1. On 5/28/2015 at 1239 PM hours ▮ and I obtained Bronx Search Warrant #15-181 regarding the above subject location. The warrant was applied for by ADA YUKELSON and was signed by the Honorable Julio Rodriguez III.

3. Submitted for your information.

**CASE/OPEN**

| Reporting Investigating Officer's Rank, Sign., Com'd. | Name Printed Police Officer LOPEZ, DORIS | Tax Registry No. ▮ | Supervisor Signature Sergeant WINROW, BRIAN. | C.O.'s Initials |
|---|---|---|---|---|
| SHORT PINK | | | | |

https://nitro.nypd.finest/nitrowebapps/NYPD/ApplyTransform.aspx?SELECTED_MOD...   11/30/2017

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-86)-31 | | Crime INVESTIGATE NARCOTICS | Pct 048 | |
|---|---|---|---|---|
| Complaint No. 2015-533-005593S | Date of this Report 06/02/2015 17:25 | Date of Orig. Report 5/20/2015 | Date Assigned 5/21/2015 | Follow-up No. 9 |
| Unit Reporting NARCOTICS | | Case No. 2015-730-001249S | | |

DO NOT USE THIS FORM TO REPORT: CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

Subject: S/W EXECUTED #181- POSITIVE RESULTS

LOCATION 2416 WEBSTER AVENUE APT# 1S

1. On 05/29/2015 at 0600 hours the 48 field team and myself executed Bronx search warrant #15-1 ___. The following subjects were arrested for PL 220.50;220.03

ARBELAEZ, PABLO D DOB 05/31/1994 NYSID #13087436K 220.50;220.03 ARREST # b1563 ___ 7Q

ARBELAEZ, SEBASTIAN DOB 04/24/1988 NYSID# 03347105J 220.50;220.03 ARREST # b15 ___ 570p

ARBELAEZ, LUZ DOB 02/26/1963 NYSID# 13087446R 220.50;220.03 ARREST # b1563156Sj

2. In the subject location was also ARBELAEZ, DEBORAH. She was not arrested because there wasn't anything at her room.

3. Submitted for your information.

CASE/OPEN

| Reporting Investigating Officer's Rank, Sign., Com'd. | Name Printed Police Officer LOPEZ, DORIS | Tax Registry No. | Supervisor Signature Sergeant: | C.O.'s Initials |
|---|---|---|---|---|
| SHORT PINK | | | WINROW, BRIAN | |

https://nitro.nypd.finest/nitrowebapps/NYPD/ApplyTransform.aspx?SELECTED_MOD... 11/30/2017

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-86)-31 | | Crime INVESTIGATE NARCOTICS | | Pct 048 | |
|---|---|---|---|---|---|
| Complaint No. 2015-538-0065935 | Date of this Report 06/02/2015 17:28 | Date of Orig. Report 5/20/2015 | Date Assigned 5/21/2015 | Follow-up No. 10 | |
| Unit Reporting NARCOTICS | | | Case No. 2015-730-001249S | | |

DO NOT USE THIS FORM TO REPORT: CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

Subject: CI PAYMENT FOR OBTAINING / POSITIVE SW#181

LOCATION 2416 WEBSTER AVENUE #1S

1. On ███ June █, 2015 At approximately ███ hours ███████████ was paid $280.00 US Currency by Lt Provencher for Obtaining (1) Search Warrants #181, Positive Results on same SW#181 and a Positive CB# 1408. Payment was made at the c/o E TREMONT AVENUE AND BOSTON RD witness by Det Oconnell, and myself.

2. I request the above complaint to be close to ARREST# B15631565J

CASE/CLOSE

| Reporting Investigating Officer's Rank, Sign., Com'd. | Name Printed Police Officer LOPEZ, DORIS | Tax Registry No. | Supervisor Signature Sergeant WINROW, BRIAN | C.O.'s Initials |
|---|---|---|---|---|
| SHORT PINK | | | | |

https://nitro.nypd.finest/nitrowebapps/NYPD/ApplyTransform.aspx?SELECTED_MODE... 11/30/2017

Fax:                                           Oct 31 2011 04:21pm P012/019

D000066

| Complaint Report | Additional Copies For | 1 Jurisdiction New York Police Dept | 2 Pct. Of Report 048 | O.C.C.B. No. | 12 Complaint No. 2015-538-3065939 | File No. |
|---|---|---|---|---|---|---|
| Military Time and Date of This Report | Time 08:18 | 17 Date 5/20/2015 | Occurrence on or From | 23 Time 16:25 | 27 Date 05/19/2015 | Day of Week | Occurrence Through | Time 16:43 | Date 5/20/2015 |

| Offense(s) If Any INVESTIGATE NARCOTICS | P.L. Section APL2203900 | If fire related, was structure | If burglary, was entry forced? |
|---|---|---|---|

| Last Name, First, M.I. State of New York | Address, Include City, State, Zip | No. |
|---|---|---|

| Home Telephone 0 x | Business Telephone 0 x | Actions of Victim Prior to Robbery, Larceny, or Sex Crimes | Fed/Acc. No. |
|---|---|---|---|

| 34 Victim's Sex | 35 Age | 37 Victim's Race | 37A Living Together | 38 Can Identify? | 38A Victim Was: | 39 Comp Rec'v'd | Will View Photo? No Will Prosecute? No |
|---|---|---|---|---|---|---|---|

| Reporter Or Witness | Last Name, First | Address, Include City, State, Zip | No. |
|---|---|---|---|

| Home Telephone 0 x | Business Telephone 0 x | Position / Relationship | Sex | Race | Date of Birth | Age |
|---|---|---|---|---|---|---|

| Type of Location (Specific) Residential Building/Home/Apartment ( Inside of ) | Address / Location of Occurrence 2416 WEBSTER AVENUE Apartment 1S | 41 Sector / Beat / Post of Occ. 09A / CP1 / PP4 | Visible by Patrol? No |
|---|---|---|---|

| 53 Pct of Arrest | 56 Arrest No.'s | 61 Rep. Ag'cy Code | Det. Sqd Case No. | Victim notified of Crime Victim Comp Law |
|---|---|---|---|---|

| Evidence | Voucher No. | Case Status Closed | Unit Referred To |
|---|---|---|---|

https://nitro.nypd.finest/nitrowebapps/NYPD/ApplyTransform.aspx?SELECTED_MODE...   11/30/2017