# EXHIBIT C
*Search Warrant Affidavit Regarding Plaintiffs' Apartment*

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF THE BRONX
------------------------------------------------X

In the Matter

of                                                                        AFFIDAVIT

The application of Det Doris Lopez, Shield
#487, of the Police Department of the City of
New York, for a search warrant authorizing the
search of 2416 Webster Avenue, Apartment
#1S (clearly marked), Bronx, NY
------------------------------------------------X

STATE OF NEW YORK)
) ss.:
COUNTY OF BRONX)

        Detective Doris Lopez, shield # 487, being duly sworn, deposes and says:

        I am the applicant herein and am a public servant of the kind specified in C.L. Section 690.05(1), my title being a Detective.

        There is reasonable cause to believe that certain property hereinafter described, may be found at the above-described premises.

        The property referred to, sought to be seized is property unlawfully possessed, to wit: crack-cocaine and evidence tending to demonstrate that the premises are utilized for the unlawful possession, packaging and sale of controlled substance to wit: crack-cocaine, U. S. Currency, ziplock bags, other drug paraphernalia and evidence tending to establish ownership of the premises and connect persons found therein to the premises, to wit: personal papers and effects.

        In support of your deponent's assertions as to the existence of reasonable cause, the following facts are offered, based upon personal knowledge as attested to by your deponent:

        Deponent states that she conducted a controlled buy operation with a confidential informant, (hereinafter referred to as CI) who is known to deponent, but whose name and address are omitted to preserve his/her confidentiality at 2416 Webster Avenue, Apartment 1S (clearly marked), Bronx, NY (hereinafter referred to as



subject premises) on ▇▇▇▇ and ▇▇▇▇ O/ ▇▇▇▇ at approximately ▇▇▇▇ deponent states she searched CI prior to CI going to the subject premises and found no contraband. Deponent further states that she gave CI ▇▇▇▇ United States Currency and directed CI to the subject premises. CI returned a short while later and handed deponent ▇▇▇▇ ▇▇▇▇ Deponent field tested sa ▇▇▇▇ and it tested positive for ▇▇▇▇

Deponent is informed by CI that CI went to the subject premises and "JD ▇▇▇▇" answered the door. Deponent is further informed by CI that CI handed "JD ▇▇▇▇" ▇▇▇▇ United States Currency and in exchange "JD ▇▇▇▇" handed CI ▇▇▇▇ Deponent is further informed by CI that "JD ▇▇▇▇" is a male black, approximately 5'5 in height, approximately 140 pounds and approximately 20-25 years in age.

On ▇▇▇▇ at approximately ▇▇▇▇ your deponent states she searched CI prior to CI going to the subject premises and found no contraband. Deponent further states that she handed CI ▇▇▇▇ United States Currency and directed CI to subject premises. CI returned a short while later and handed deponent ▇▇▇▇ ▇▇▇▇ Deponent field tested the above-mentioned substance and tested positive for ▇▇▇▇

Deponent is further informed by CI that CI went to the subject premises and "JD ▇▇▇▇" answered the door. Deponent is further informed by CI that he handed "JD ▇▇▇▇" ▇▇▇▇ United States Currency and in exchange "JD ▇▇▇▇" handed CI ▇▇▇▇ Deponent is further informed by CI that "JD ▇▇▇▇" is a male Hispanic black, approximately 5'10 in height, 140 pounds 20 – 25 years old.

Deponent believes CI to be credible and reliable for the following reasons:

1. CI information is recent and specific so as to lend to its credibility

2. CI is available for interview by the court.

3. CI is currently registered as an informant with the New York City Police Department under ▇▇▇▇

4. Deponent has verified certain information given by CI such as the existence of the building and apartments therein.

5. The CI has provided information to the New York City Police Department which has led to the issuance of search warrants in the past and that the information provided has led to positive results.

6. The subject premise has been registered under SAFETNET #▇▇▇▇▇▇▇

WHEREFORE, I respectfully request that the Court issue a warrant and order of seizure in the form annexed authorizing the search of 2416 Webster Avenue, Apartment # 1S (clearly marked), Bronx, N.Y.

It is further requested that the affidavit for this warrant and accompanying minutes, if any, be sealed except that a copy may be retained and used by the Bronx District Attorney's Office.

It is further requested that the warrant contain an authorization to enter the premises without giving notice of authority or purpose on the ground that there is reasonable cause to believe that the property being crack-cocaine may be destroyed or disposed of easily.

No previous application in this matter has been made in this Court or any other Court or to any other judge or justice.

Dated: 05/28/2015
Bronx, New York

_____
Detective Lopez, Doris
Shield #487

Sworn to before me this 28th
Day of May, 2015

_____ 12:30 pm
JUDGE OF THE CRIMINAL COURT

Hon. Julio Rodriguez III