# EXHIBIT A

## TO AUGUST 2, 2018 DISCOVERY DISPUTE LETTER:
*DISCIPLINARY FILES REQUESTED BY PLAINTIFFS THAT DEFENDANTS OBJECT TO PRODUCING*

## ABBREVIATIONS

**Detective ("Det.") Name:**
EP – Lt. Emile Provencher
BW – Sgt. Brian Winrow
DL – Det. Doris Lopez
ML – Det. Mack Lapinski
MO – Det. Mark O'Connell

**Case Type:**
C – Corruption
DRV – Dept Rule Violation
OG – Outside Guidelines
A - Abuse
F - Force
O – Other

**Disposition ("Disp."):**
S - Substantiated
U – Unsubstantiated
PS – Partially Substantiated
UF - Unfounded
OM – Other Misconduct
NR – No Disposition Reported
C5 – Closed as Pending

## EXH. A: DISCIPLINARY FILES DEFENDANTS *OBJECT* TO PRODUCING

### DISCIPLINARY CHARGES RELATED TO FALSE ARREST / IMPROPER SEARCH & SEIZURE

| Det. | CCRB/IA# | Date of Incident | Case Type | Allegation | Disp. |
|---|---|---|---|---|---|
| ■ | ■ | ■ | ■ | ■ | ■ |

1

## DISCIPLINARY CHARGES RELATED TO IMPROPER HANDLING OF EVIDENCE

| Det. | CCRB/IA# | Date of Incident | Case Type | Allegation | Disp. |
|------|----------|------------------|-----------|------------|-------|
|      |          |                  |           |            |       |



3

| | | DISCIPLINARY CHARGES RELATED TO<br>FAILURE TO PROPERLY DOCUMENT<br>POLICE ACTIVITY | | | |
|---|---|---|---|---|---|
| Det. | CCRB/IA# | Date of Incident | Case Type | Allegation | Disp. |
| ■ | ■ | ■ | ■ | ■ | ■ |

| | | OTHER RELATED DISCIPLINARY CHARGES | | | |
|---|---|---|---|---|---|
| Det. | CCRB/IA# | Date of Incident | Case Type | Allegation | Disp. |

4